RECEIVED

JAN - 4 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

**EDDIE RAY JACKSON (#358517)**          **DOCKET NO. 15-cv-2036; SEC. P**

**VERSUS**          **JUDGE TRIMBLE**

**WARDEN**          **MAGISTRATE JUDGE JOSEPH H. L. PEREZ-MONTES**

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* be **DENIED AND DISMISSED** with prejudice.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 4th day of _____, 2016.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE